(Pleito No. 165.—Fallado el 18 de Diciembre de 1901.)

Domenech contra El Registrador de la Propiedad.

Solicitud de un *Mandamus*.

Legados. Un legado puede ser entregado al legatario por los herederos testamentarios sin intervención del albacea, y la escritura de venta de la propiedad así entregada, otorgada por el legatario, debe inscribirse en el Registro de la Propiedad.

Puerto Rico, Diciembre diez y ocho de mil novecientos uno.—Visto el presente recurso gubernativo interpuesto por el abogado Don Francisco Parra Capó á nombre de Don Manuel V. Domenech y Ferrer contra negativa del Registrador de la Propiedad de Aguadilla á inscribir la escritura de venta de una casa. — Resultando: Que por escritura pública otorgada en la Ciudad de Ponce ante el Notario de la misma Don Rafael León, en veinte y seis de Septiembre de mil novecientos, Don R. Ulpiano Colom y Ferrer, como apoderado general de Don Juan Mª Domenech y Anazagasti, vendió á Don Manuel V. Domenech y Ferrer, en precio y cantidad de tres mil quinientos dollars, que confesó recibidos, una casa sita en la calle Principal de la Villa de Aguadilla, llamada del Comercio, marcada con el número 15, de mampostería y dos pisos, que correspondía á su poderdante por legado que de ella le hiciera Doña Carmen Hernández de Sus en el testamento cerrado que otorgara en la propia Villa de Aguadilla, el seis de Junio de mil ochocientos noventa y nueve, y que obraba protocolizado en la Notaría de la misma, y al propio tiempo y como apoderado del

mismo Don Juan Mª Domenech y Anazagasti y de Don
Juan Nepomuceno y Don Manuel Mª de iguales apellidos,
como herederos instituídos en el testamento de la Doña
Carmen Hernández, cedió y traspasó á favor de Javier
Mariani y Palmieri todos los derechos y acciones que pudie-
ran corresponder á sus poderdantes sobre los bienes que
constituían la herencia de la expresada señora, en precio
y cantidad de dos mil quinientos dollars, que también confesó
recibidos el otorgante Don Ulpiano Colom.—Resultando:
Que presentada esta escritura en el Registro de la Propiedad
de Aguadilla para la inscripción de la casa vendida á favor
del comprador Don Manuel V. Domenech y Ferrer, la
denegó el Registrador según nota puesta al pie de la citada
escritura, que transcrita literalmente dice así: "No admi-
tida la inscripción del documento que precede por observarse
el defecto insubsanable de no ser inscribible la finca que se
enajena, á nombre del trasmitente Don Juan Mª Domenech,
que la adquirió en concepto de legado de Doña Carmen
Hernández de Sus, sin que conste previamente la entrega ó
tradición que debe hacer el albacea ó heredero, no pudiendo
el legatario ocupar por su propia autoridad la cosa legada y
por tanto disponer de ella, según las prescripciones de la
Ley Hipotecaria (Resolución cuatro Febrero mil ochocientos
ochenta) y del Código Civil (artículos 885, 1,025 y 1,027);
resultando, además, del Registro, que Doña Dolores Rola
tiene entabladas diligencias judiciales en cobro de 5,300
pesos, ó sean 3,180 dollars, que es en deberle la causante
Doña Carmen Hernández, y en las que se embargó preven-
tivamente, entre otras fincas, la que refiere este título, y si
bien dicho embargo ha sido cancelado, esta cancelación fué
ordenada en el incidente ó pieza separada de "oposición al
embargo preventivo," y no en los autos principales; y no siendo
inscribible á nombre del vendedor, no lo es tampoco á nom-
bre del comprador Don Manuel V. Domenech y Ferrer."—
Resultando: Que notificada al presentante de la escritura
la precedente nota, se otorgó por Don Manuel V. Domenech

y Ferrer, Don Javier Mariani y Palmieri y Don R. Ulpiano
Colom y Ferrer, como apoderado este último de Don Juan
Mª Domenech y Anazagasti, un acta notarial con fecha
veinte y ocho de Agosto del año próximo pasado, en la
misma Ciudad de Ponce y ante el Notario Don Rafael Toro
Vendrell, como sustituto del de la misma clase Don Fran-
cisco Parra y Capó, por la que, con objeto de subsanar el
defecto consignado por el Registrador en la nota denegatoria
de la inscripción de la escritura de venta de la casa, decla-
raron que desde la muerte de la testatora Doña Carmen
Hernández de Sus, habían hecho sus herederos entrega de
la casa legada al legatario y heredero Don Juan Mª Dome-
nech y Anazagasti; que éste, en uso de sus facultades como
propietario de dicha finca, la había vendido al compare-
ciente Don Manuel V. Domenech, y que subrogado el
otorgante Don Javier Mariani en todos los derechos y
acciones correspondientes á los herederos de Doña Carmen
Hernández de Sus, ratificaba y confirmaba el hecho expre-
sado de la entrega al legatario Don Juan Mª Domenech y
Anazagasti de la casa expresada, queriendo se hiciera así
constar en el Registro de la Propiedad á los efectos corres-
pondientes, y ratificando asimismo los otorgantes la escri-
tura de venta de la citada casa de fecha veinte y seis de
Septiembre del año anterior, la que quedaba adicionada por
la expresada acta notarial.—Resultando: Que presentado
testimonio de dicha acta notarial al Registro de la Propiedad,
en unión del testamento de Doña Carmen Hernández de
Sus, y de una certificación del acta de defunción de dicha
señora, para la inscripción de la escritura de venta de la
casa expresada, la denegó por segunda vez el Registrador de
la Propiedad, según la nota puesta al pie de la propia escri-
tura que, copiada literalmente, dice así: "Presentados nue-
vamente los documentos que motivaron la nota denegatoria
anterior en unión de la escritura—entonces no presentada—
número 114 de veinte y ocho de Agosto último otorgada ante
el Notario Don Rafael Toro Vendrell, sustituto de su compa-

ñero Don Francisco Parra Capó, en la Ciudad de Ponce, no se admite tampoco su inscripción por los motivos que expresa la referida nota anterior y cuyos defectos no subsana la nueva escritura ahora presentada, no habiendo intervenido en dicha entrega del legado el albacea testamentario Don Vicente Viñas Martínez, no constando, además, que haya sido liquidado el caudal y por tanto satisfechos los créditos en su contra cuyo pago tiene prelación al de los legados, siendo este requisito indispensable y, por tanto, insubsanable este defecto, no procediendo su anotación preventiva."—Resultando: Del testamento de Doña Carmen Hernández de Sus, que por la cláusula 5ª declaró entre los bienes de su propiedad una casa de mampostería, de altos y bajos, situada en la calle del Comercio, de la Villa de Aguadilla, la misma que legó por la cláusula 7ª á Don Juan Mª Domenech y Anazagasti; por la 8ª instituyó por sus únicos y universales herederos del remanente de sus bienes, después de satisfechos los legados al Don Juan Mª, Don Juan Nepomuceno y Don Manuel Mª Domenech y Anazagasti; por la 9ª nombró de albacea y contador partidor para cumplir cuanto dejaba dispuesto en su dicho testamento á Don Vicente Viñas y Martínez, con prórroga del término legal del albaceazgo á todo el que necesitare; y por la 10ª prohibió toda intervención judicial en el arreglo de su testamentaría, bajo la pena de que el que de los partícipes de su herencia la solicitase, perdería su derecho y su porción acrecería á los demás herederos instituídos.— Resultando: Que no conforme el presentante de dichos documentos con la negativa del Registrador, los elevó éste con su informe para la resolución correspondiente á este Tribunal Supremo, en unión de dos escritos que le presentaran el albacea Don Vicente Viñas y Martínez y Don Luis Obergh Omedes, como apoderado de Doña Etelvina Majens que se dice acreedora de la difunta Doña Carmen Hernández, oponiéndose á la inscripción y venta de la casa legada mientras no estuvieran pagadas las deudas de la testadora; y compa-

reciendo también por escrito ante este Tribunal el Abogado Don Francisco Parra y Capó, á nombre de Don Manuel V. Domenech y Ferrer, impugnando la nota del Registrador, y pidiendo se revoque y se le mande inscribir la escritura, con las costas.—Visto: Siendo Ponente el Presidente del Tribunal Don José S. Quiñones y Caro.—Considerando: Que con la presentación en el Registro de la Propiedad de Aguadilla del acta notarial otorgada en veinte y ocho de Agosto del año próximo pasado por Don Javier Mariani y Palmieri como cesionario de los herederos de la difunta Doña Carmen Hernández de Sus, ha debido estimarse subsanado el defecto que impedía la inscripción de la escritura de venta de la casa de que se trata en el presente recurso, toda vez que de dicho documento consta que la casa en cuestión fué entregada por los herederos instituídos en el testamento de Doña Carmen Hernández al legatario Don Juan Mª Domenech, no siendo también necesaria la conformidad del albacea, como lo exige el Registrador en su segunda nota, rectificando lo que sobre este particular había consignado en la primera, puesto que, con arreglo al artículo 885 del Código Civil, tampoco se exige que la entrega del legado se verifique por el heredero y el albacea conjuntamente, sino por cualquiera de los dos indistintamente.—Considerando: En cuanto al 2º motivo en que se funda la negativa del Registrador, que tampoco es de estimarse, toda vez que, acreditada como está la entrega de la casa legada al legatario Don Juan Mª Domenech desde la muerte de la testadora Doña Carmen Hernández, y no constando que esté intervenida judicialmente la testamentaría de dicha señora, no hay razón que impida la inscripción de dicho inmueble en el Registro de la Propiedad á favor del legatario, que adquirió su dominio desde la muerte de la testadora; sin perjuicio de las acciones que pueden competir á los acreedores de la testamentaría para hacer efectivos sus créditos sobre los bienes de la herencia, y de los cuales deberán hacer uso ante los Tribunales de Justicia y en la forma correspondiente.—Consi-

derando :    En cuanto á los artículos 1,025 y 1,027 del Códi-
go Civil, que también cita el Registrador en su nota, que son
aplicables al presente recurso, tanto porque en el caso de
que se trata, el legado ha sido ya pagado por los herederos
con la entrega al legatario de la casa legada, cuanto porque
los preceptos que dichos artículos contienen, sólo son aplica-
bles cuando los herederos han aceptado la herencia á benefi-
cio de inventario, ó reservándose el derecho de deliberar sobre
la aceptación ó repudiación de la misma, en ninguno de
cuyos casos consta que se encuentre la herencia de Doña
Carmen Hernández.—Considerando :   Que no es de esti-
marse como temeraria la negativa del Registrador á inscribir
la escritura de que se trata.—Vistas las disposiciones legales
citadas.—Se revoca la nota denegatoria puesta por el Regis-
trador de la Propiedad de Aguadilla al pie de la escritura
de venta á que se refiere el presente recurso, y se declara
que procede inscribirla en el Registro de la Propiedad en la
forma correspondiente, sin especial condenación de costas.
—Y con devolución de los documentos presentados, remí-
tase al citado Registrador copia certificada de la presente
resolución, que se publicará en la *Gaceta Oficial*, para su
conocimiento y el de los interesados y á los demás efectos
procedentes.—Así lo proveyeron y firman los señores del
Tribunal, de que certifico.

José S. Quiñones.—José C. Hernández.—José Mª Figue-
ras.—James H. McLeary.—E. de J López Gaztambide,
*Secretario.*